**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THO TRUONG NGUYEN,

Petitioner,

v.

DAVID MARIN, et al.,

Respondents.

NO. ED CV 26-1853 FMO (KS)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has conducted a de novo review of the Petition, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. (See, generally, Dkt.). The Court approves and accepts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

1. Petitioner's Petition for Writ of Habeas Corpus **(Document No. 1)** is **granted** as set forth in this Order.

2. Petitioner's Motion for Temporary Restraining Order **(Document No. 2)** is **denied as moot**.

3. Respondents shall release petitioner Tho Truong Nguyen (A# 273-75-319) forthwith, under reasonable conditions of supervision provided under 8 U.S.C. § 1231(a)(3), with all personal

effects seized from petitioner, including all identification documents and immigration documentation.

4. Respondents shall file with the court a Notice of Compliance within three (3) calendar days following the filing date of this Order.

5. Respondents shall not re-detain petitioner absent at least seven (7) days individualized notice describing the change in circumstances necessitating petitioner's arrest and/or detention, and a pre-deprivation bond hearing before a neutral decisionmaker at which the government bears the burden of proving petitioner is a flight risk or a danger to the community, and that there are no combination of conditions that will reasonably assure petitioner's appearance and/or the safety of any other person in the community. If petitioner is again placed into detention in this District following proceedings in this case, respondents shall not transfer or remove petitioner from this District unless executing a final order of removal issued against petitioner.

6. Judgment shall be entered accordingly.

Dated this 27th day of July, 2026.

/s/

Fernando M. Olguin
United States District Judge